JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN T. PERRY,<br>        Petitioner,<br>    v.<br>CARL WOFFORD,<br>        Respondent. | Case No. SA CV 15-0830 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: July 31, 2015

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE